UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

LARRY KING )
 )
v. ) NO. 3:13-1059
 ) JUDGE CAMPBELL
TRANS UNION LLC )

ORDER

This case is set for a bench trial on November 18, 2014, beginning at 9:00 a.m. Plaintiff and counsel for the Defendant shall appear for a Pretrial Conference in this Court on November 10, 2014, at 1:00 p.m. All lawyers who will participate in the trial must attend the pretrial conference.

Pretrial Filing Deadlines

The parties shall submit to the Court, by November 3, 2014,

(1) witness lists, except for witnesses solely for impeachment in accordance with Fed. R. Civ. P. 26(a)(3);

(2) exhibit lists, except for documents solely for impeachment in accordance with Fed. R. Civ. P. 26(a)(3);

(3) any stipulations;

(4) a short summary of their legal theories (no more than one page);

(5) a statement of the issues;

(6) a succinct statement of the relief sought;

(7) a summary of any anticipated evidentiary disputes; and

(8) an estimate of the anticipated length of the trial.

Motions in Limine and Objections to Experts

By October 27, 2014, the parties shall file any motions in limine and any motions objecting

to expert testimony. Any responses to such motions shall be filed by November 3, 2014.

### Discovery

Expert witness disclosures shall be made timely, in accordance with Local Rule 39.01(c)(6)d. Supplemental responses to interrogatories, requests for production and requests for admissions shall be made timely in accordance with Local Rules 33.01(c), 34.01 and 36.01. Objections to the use of a deposition at trial shall be made timely in accordance with Local Rules 32.01(b) and 39.01(d)(1). The Court may exclude evidence, or order other sanctions, for violation of a duty or deadline to make or supplement expert witness disclosures or discovery responses.

### Pretrial Conference

Plaintiff and counsel for the Defendant shall be prepared, at the Pretrial Conference, to:

(1) identify and discuss undisputed facts and issues;

(2) discuss the status of discovery;

(3) preview proposed testimony and discuss subpoenas for witnesses;

(4) discuss expert testimony;

(5) preview proposed exhibits;

(6) discuss motions in limine;

(7) discuss settlement; and

(8) discuss pretrial briefs.

IT IS SO ORDERED.

                                                                 _____
                                                                 TODD J. CAMPBELL
                                                                 UNITED STATES DISTRICT JUDGE