# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE (NASHVILLE)

---

| | |
|---|---|
| LARRY KING,<br>   Plaintiff,<br><br> vs.<br><br>TRANSUNION,<br>   Defendant. | CASE NO. 3:13-cv-01059<br><br>Judge Todd J. Campbell<br>Magistrate Judge E. Clifton Knowles |

---

## ORDER OF DISMISSAL WITH PREJUDICE

---

Plaintiff Larry King, *Pro Se*, and Defendant Trans Union, LLC, by counsel, having filed their Stipulation Of Dismissal With Prejudice Between Plaintiff And Defendant Trans Union, LLC, AND THE COURT, having been duly advised, NOW FINDS that the same should be granted.

IT IS, THEREFORE, ORDERED that all claims of Plaintiff Larry King against Defendant Trans Union, LLC are dismissed, with prejudice. Plaintiff Larry King and Defendant Trans Union, LLC shall each bear their own costs and attorneys' fees.

Date: _____      _Todd Campbell_____
                 JUDGE, United States District Court,
                 Middle District of Tennessee

DISTRIBUTION TO:

| | |
|---|---|
| Larry King<br>102 Lowe Street<br>Mt. Pleasant, TN  38474<br><br>PO Box 8032<br>Asheville, NC 28814 | Robert D. Pinson, Esq.<br>rpinson@bonelaw.com |
| William R. Brown, Esq.<br>wbrown@schuckitlaw.com | Terri R. Brown, Esq.<br>tbrown@schuckitlaw.com |